**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | |
|---|---|
| **GLORIA FLETCHER, et al.,**   ) | |
| ) | **Case No. 08-CV-2179** |
| **Plaintiffs,**   ) | |
| v.   ) | |
| ) | |
| **ZLB BEHRING LLC a/k/a CSL**   ) | |
| **BEHRING LLC and MAUREEN**   ) | |
| **POWELL,**   ) | |
| ) | |
| **Defendants.**   ) | |

## ORDER

A Report and Recommendation (#23) was filed by Magistrate Judge David G. Bernthal in the above cause on December 5, 2008. On December 19, 2008, Defendants filed their Objections to the Report and Recommendation (#24) and a Memorandum of Law in Support (#25). On January 7, 2009, Plaintiffs filed a Response Opposing Defendants' Objections (#26). This court has carefully reviewed Judge Bernthal's Report and Recommendation, Defendants' Objections and Memorandum of Law and Plaintiffs' Response to the Objections. Following this court's careful de novo review, this court agrees with and accepts Judge Bernthal's Report and Recommendation (#23). This court finds that Judge Bernthal thoroughly set out the applicable law and that his Report and Recommendation provides a well reasoned application of the law to the facts of this case.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#23) is accepted by this court.

(2) Plaintiffs' Motion for Remand to State Court (#12) is GRANTED.

(3) This case is hereby remanded to the circuit court of Kankakee County.

(4) This case is terminated and the remaining pending motions (#3, #19) are MOOT.

ENTERED this 8th day of <u>January</u>, 2009.

s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE